STATE IN THE INTEREST OF V.F.

February 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. HAROLD CROUCH.

February 2, 1983.

Petition for certification denied.

GRACE DEBNAM v. BOARD OF REVIEW.

February 2, 1983.

Petition for certification denied.

JAMES J. BARR v. STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF PENSIONS.

February 2, 1983.

The petition for certification is granted, and the matter is summarily remanded to the Appellate Division, Superior Court, for reconsideration in light of *Zigmont v. Board of Trustees, Teachers' Pension and Annuity Fund,* 91 *N.J.* 580 (1983). Jurisdiction is not retained.